| | |
|---|---|
| 1 | |
| 2 | ALAN W. WESTBROOK, ESQ.<br>Nevada Bar No. 6167 |
| 3 | PERRY & WESTBROOK<br>A Professional Corporation |
| 4 | 1701 W. Charleston Blvd., #200<br>Las Vegas, Nevada 89102 |
| 5 | Telephone: (702) 870-2400 |
| 6 | Facsimile: (702) 870-8220<br>E-Mail: awestbrook@perrywestbrook.com |
| 7 | Attorneys for Defendant/Third-Party Plaintiff<br>SAFEWAY INC. |
| 8 | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KAY LAFLAMME and ROBERT LAFLAMME, wife and husband, | )<br>)<br>) CASE NO: 3:09-cv-00514-ECR-VPC |
| Plaintiffs, | )<br>) |
| vs. | )<br>) |
| SAFEWAY INC., a Delaware Corporation, and DOES I through XXX, | )<br>)<br>) |
| Defendants. | ) |
| SAFEWAY INC., a Delaware Corporation, | ) |
| Third-Party Plaintiff, | )<br>)<br>) |
| vs. | )<br>) |
| RETAIL MARKETING SOLUTIONS, INC., a California Corporation, | )<br>)<br>) |
| Third-Party Defendant. | ) |

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE
AND TO VACATE HEARING AND TRIAL**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for their

Page 1 of 2

respective parties, that the above-entitled action be dismissed with prejudice, each party to bear their own attorney's fees and costs.

IT IS FURTHER STIPULATED that the hearing of April 21, 2011 before Magistrate Valerie Cooke and the trial date of June 21, 2011, together with all related dates be vacated.

Dated this 10th day of March, 2011.

| BRADLEY DRENDEL & JEANNEY | PERRY & WESTBROOK |
|---|---|
| WILLIAM JEANNEY, ESQ. | ALAN W. WESTBROOK |
| Nevada Bar No. 1235 | Nevada Bar No. 6167 |
| 401 Flint Street | 1701 W. Charleston, Suite 200 |
| Reno, NV 89505 | Las Vegas, NV 89102 |
| Telephone: (775) 335-9999 | Telephone: (702) 870-2400 |
| Facsimile: (775) 335-9993 | Facsimile: (702) 870-8220 |
| E-Mail: wcjeanney@yahoo.com | E-Mail: awestbrook@perrywestbrook.com |
| Attorneys for Plaintiffs | Attorneys for Defendants |

LAW OFFICE OF MELISSA P. HARRIS

SEE NEXT PAGE

ERIC R. LARSEN, ESQ.
Nevada Bar No. 9423
750 E. Warm Springs Rd, #320
Las Vegas, NV 89119
Telephone: (702) 387-8082
Facsimile: (702) 387-8085
E-Mail: Eric.Larson@thehartford.com
Attorneys for Third Party Defendant

## ORDER

IT IS SO ORDERED this 17th day of March, 2011.

*Edward C. Reed.*

UNITED STATES DISTRICT COURT JUDGE